806

No. 77–1726. APPLEMAN v. FUREDY, TRUSTEE IN BANK-RUPTCY. Appeal from C. A. 10th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1825. ARTHUR ET AL. v. CLAY COMMUNITY SCHOOLS ET AL.; and TOLIN ET AL. v. SOUTHWEST PARKE COMMUNITY SCHOOL CORP. ET AL. Appeals from Ct. App. Ind. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied.

No. 77–1854. SIGETY ET UX. v. HYNES, DEPUTY ATTORNEY GENERAL OF NEW YORK, ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6671. SAFFIOTI v. NEW YORK. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6745. CONRAD v. FIRST STATE BANK & TRUST Co. ET AL. Appeal from D. C. E. D. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6837. CONRAD v. WANGELIN, U. S. DISTRICT JUDGE, ET AL. Appeal from D. C. E. D. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.